UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KRISTA WEAVER,

       Plaintiff,

                                                                       Case Number 11-10085
v.                                                      Honorable Thomas L. Ludington

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/


**ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND AFFIRMING THE DECISION OF THE COMMISSIONER**

      United States Magistrate Judge Charles Binder issued a report and recommendation (ECF No. 18) on March 12, 2012, recommending that the Court deny Plaintiff's motion for summary judgment (ECF No. 12), grant Defendant's motion for summary judgment (ECF No. 15), and that the findings of the Commissioner be affirmed. Either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). Plaintiff filed a motion for an extension of time to file objections, which was granted in part and extending the deadline to file objections by one day. ECF Nos. 19, 20. The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* As of today's date, no objections have been filed. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

Accordingly, it is **ORDERED** that Judge Binder's report and recommendation (ECF No. 18) is **ADOPTED**.

It is further **ORDERED** that Plaintiff's motion for summary judgment (ECF No. 12) is **DENIED**.

It is further **ORDERED** that the Defendant's motion for summary judgment (ECF No. 15) is **GRANTED**.

It is further **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

Dated: March 28, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 28, 2012.

        s/Tracy A. Jacobs
        TRACY A. JACOBS